# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STUART PIVAR,<br><br>        Plaintiff,<br><br>vs.<br><br>THE VAN GOGH MUSEUM,<br><br>        Defendant | Case No. _____<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant The Van Gogh Museum Foundation (a private non-governmental party), certifies that it has no parent corporation and no affiliates or subsidiaries which are publicly held.

Dated: November 12, 2021
       New York, New York

Respectfully submitted,

STONE LAW GROUP PLLC

   /s/ Ralph M. Stone
Ralph M. Stone (rs@stonepllc.com)

1700 Broadway, 41st Floor
New York, NY 10019
Tel. (212) 239-1550

Theodore J. Folkman (pro hac vice forthcoming)
FOLKMAN LLC
53 State St., Suite 500
Boston, MA 02109
Tel. (617) 219-9664
Fax (857) 336-0206
Email: ted@folkman.law

*Attorneys for Defendant*