UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STUART PIVAR,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THE VAN GOGH MUSEUM,<br><br>　　　　　Defendant | Civ A No. 1:21-cv-09362-LLS |

## MOTION FOR PRO HAC VICE ADMISSION OF THEODORE J. FOLKMAN

Pursuant to Rule 1.3(c) of the Local Rules of this Court, Theodore J. Folkman moves for admission pro hac vice as counsel to the defendant, the Van Gogh Museum Foundation, in this action. The affidavit and certificate of good standing required by Local Rule 1.3(c) are attached to this motion as Exhibits 1 and 2, respectively.

Dated: November 17, 2021

Respectfully submitted,

**FOLKMAN LLC**

*/s/ Theodore J. Folkman*

Theodore J. Folkman
53 State St., Suite 500
Boston, MA 02109
Tel. (617) 219-9664
Fax (857) 336-0206
ted@folkman.law

**STONE LAW GROUP PLLC**
Ralph M. Stone (RS-4488)
1700 Broadway, 41st Floor
New York, NY 10019
Tel. (212) 292-5690
Fax (212) 292-5680

*Counsel for the Defendant*