UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STUART PIVAR,<br><br>        Plaintiff,<br><br>vs.<br><br>THE VAN GOGH MUSEUM,<br><br>        Defendant | Civ A No. 1:21-cv-09362-LLS |

### **DECLARATION OF THEODORE J. FOLKMAN**

I, Theodore J. Folkman, make the following declaration.

1. I was admitted to the bar of Massachusetts in 2001 and have been continually in good standing since that time. I make this declaration in support of my motion for leave to appear *pro hac vice.*

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. There are no disciplinary proceedings presently against me.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 17, 2021.

                                                                  Theodore J. Folkman