UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STUART PIVAR,<br><br>         Plaintiff,<br><br>vs.<br><br>THE VAN GOGH MUSEUM,<br><br>         Defendant | Civ A No. 1:21-cv-09362-LLS |

**[PROPOSED] ORDER FOR ADMISSION OF**
**THEODORE J. FOLKMAN PRO HAC VICE**

The motion of Theodore J. Folkman for admission to practice pro hac vice in this action is granted. The movant has declared that he is a member in good standing of the bar of the Commonwealth of Massachusetts and that his contact information is as follows:

Theodore J. Folkman
Folkman LLC
53 State St., Suite 500
Boston, MA 02109
(617) 219-9664
ted@folkman.law

It is hereby ordered that the movant is admitted to practice pro hac vice in this action. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys.

Dated: _____          _____
                                                                    Hon. Louis L. Stanton
                                                                    United States District Judge