ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/2/21

STUART PIVAR,

    Plaintiff,

vs.

THE VAN GOGH MUSEUM,

    Defendant

Civ A No. 1:21-cv-09362-LLS

LLS

[PROPOSED] ORDER FOR ADMISSION OF
THEODORE J. FOLKMAN PRO HAC VICE

The motion of Theodore J. Folkman for admission to practice pro hac vice in this action is granted. The movant has declared that he is a member in good standing of the bar of the Commonwealth of Massachusetts and that his contact information is as follows:

Theodore J. Folkman
Folkman LLC
53 State St., Suite 500
Boston, MA 02109
(617) 219-9664
ted@folkman.law

It is hereby ordered that the movant is admitted to practice pro hac vice in this action. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys.

Dated: December 2, 2021

                                          Louis L. Stanton
                                       Hon. Louis L. Stanton
                                       United States District Judge