UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STUART PIVAR, <br><br> Plaintiff, <br><br> vs. <br><br> THE VAN GOGH MUSEUM, <br><br> Defendant | C.A. No. 1:21-cv-09362-LLS |

**Proof of Service**

I am an attorney admitted to the Bar of this Court.  On November 12, 2021, I served a true and correct copy of the Notice of Removal and the exhibit thereto upon counsel for the plaintiff by placing them in a sealed envelope and depositing the envelope into the United States Mail, first class postage prepaid, addressed to Mitchell Cantor, Esq., The Law Offices of Mitchell Cantor, 225 Broadway, Suite 1515, New York, NY 10007.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: December 15, 2021
New York, New York

Ralph M. Stone (RS-4488)
1700 Broadway, 41st Floor
New York, NY 10019
(212) 239-1550
Email: rs@stonepllc.com