**Monique Hageman**

| | |
|---|---|
| **Van:** | Research |
| **Onderwerp:** | Vg report |
| **Bijlagen:** | Vincent van Gogh_The Wheat Fields of Auvers_1890.pdf |

------------------- Oorspronkelijk bericht -------------------
**Van:** Schwartz, Constance <constance.h.schwartz@gmail.com>;
**Ontvangen:** Tue Apr 27 2021 18:14:12 GMT+0200 (Midden-Europese zomertijd)
**Aan:** Van Gogh Museum, Info <info@vangoghmuseum.nl>; Info <info@vangoghmuseum.nl>;
**Onderwerp:** Fwd: Vg report

To: Emilie Gordenker
Mark Minkman
Willem Van Gogh

Van Gogh Museum
PO Box 75366
1070 A3 Amsterdam
The Netherlands,

Dear Ms. Gordenker,

Congratulations on your appointment as Director of the Van Gogh Museum.

As the Director Emeritus of the Nassau County Museum of Art in Roslyn Harbor, Long Island, I can share with you that this is a tremendous and wonderful position. Under your leadership, I am sure that the Van Gogh Museum will continue to flourish and grow.

As the guest curator for the Nassau County Museum of Art, I have just completed selecting 113 works of art for an exhibition on "La Bello Epoque". One of the collectors that has given the Museum generous loans has just purchased a Van Gogh painting titled "The Wheatfiields of Auvers," 1890. The painting is newly discovered. It is a full size 36 x 36 inch uniquely square painting, quite large for Van Gogh, and is one of only two newly discovered Van Gogh paintings in the past 100 years. Research has shown that the provenance notes that the painting once belonged to the collection of Jonas Netter.

The collector is lending the painting to this important exhibition, which we know will have a major impact on our audience and reviewers. As such, he has asked that I send the attached photographs and information to you for your comments. We are very excited about this acquisition and hope you will share in our enthusiasm about showing the work.

With all good wishes, I am

Constance Schwartz
Guest Curator and Museum Director Emeritus
516 633 0418
constance.h.schwartz@gmail.com

Nassau County Museum of Art
0ne Museum Drive, Roslyn Harbor, New York 11576

Vincent van Gogh, *The Wheat Fields of Auvers*, 1890
Oil on canvas, 36 x 36 in. (91.4 x 91.4 cm.)
New York Private Collection



Fig. 1

Vincent van Gogh, *The Wheat Fields of Auvers*, 1890
Oil on canvas, 36 x 36 in. (91.4 x 91.4 cm.)
Signed on verso, '*Vincent*'
New York Private Collection

*The Wheat Fields of Auvers*, Vincent van Gogh, 1890

This is the discovery of a full-size van Gogh painting, one of only two in the past 100 years. The work depicts a view of a landscape at Auvers-sur-Oise, the town north of Paris where he spent the last two months of his life. The vista shows a railroad line crossing wheat fields. Wheat fields had always captivated van Gogh and were the subject of many of his works from the late 1880s until his death in 1890.

*The Wheat Fields of Auvers* is van Gogh's largest and only square painting. This unique format was chosen to represent a panorama of the wheat fields of the region, of which parts are shown in many of his other paintings of the Auvers landscape. The present painting portrays the entire valley of the Oise as a mosaic of wheat fields, bisected by the right of way of a railway and a telegraph line. The center depicts a small railway station with station houses and a rail shunt, the line disappearing into the distant horizon.

The painting is in its original, untouched condition. The support is coarse burlap on the original stretcher. The paint surface is a thick impasto that has an overall broad grid pattern of craquelure consistent with a painting of its age. The verso of the painting bears the artist's signature, Vincent, in black pigment. The stretcher and verso include a German tax stamp for passage of goods across borders, used in the 1930s. According to a paper label attached to the stretcher, the painting was in the collection of Jonas Netter before its dispersal.

"In the last few weeks of his life, Van Gogh painted thirteen large canvases of horizontal landscapes the wheat harvest that occurs in the region from the middle to late July… The outlying fields of Auvers, setting for *Wheat Fields near Auvers*, form a 'zig-zag, patchwork pattern,' of yellows, blues, and greens. In the last letter that Van Gogh wrote to his mother and sister he described being very calm, something needed for this work, an 'immense plain with wheat fields up as far as the hills, boundless as the ocean, delicate yellow, delicate soft green, the delicate purple of a tilled and weeded piece of ground, with the regular speckle of the green of flowering potato plants, everything under a sky of delicate tones of blue, white, pink and violet.'"[1]

---

1 https://en.wikipedia.org/wiki/Wheat_Fields#cite_note-Harrison650-50



Fig. 2

Vincent van Gogh
*The Wheat Fields of Auvers*, 1890
Oil on canvas, 36 x 36 in. (91.4 x 91.4 cm.)
New York Private Collection



Fig. 3

Vincent van Gogh
*The Wheat Fields of Auvers*, 1890
Oil on canvas, 36 x 36 in. (91.4 x 91.4 cm.)
New York Private Collection



Fig. 4

Vincent van Gogh
*The Wheat Fields of Auvers*, 1890
Oil on canvas, 36 x 36 in. (91.4 x 91.4 cm.)
New York Private Collection



Fig. 5

Vincent van Gogh
*The Wheat Fields of Auvers*, 1890
Oil on canvas, 36 x 36 in. (91.4 x 91.4 cm.)
New York Private Collection



Fig. 6

Vincent van Gogh
*The Wheat Fields of Auvers*, 1890
Oil on canvas, 36 x 36 in. (91.4 x 91.4 cm.)
New York Private Collection



Fig. 7

Vincent van Gogh
*The Wheat Fields of Auvers*, 1890
Oil on canvas, 36 x 36 in. (91.4 x 91.4 cm.)
New York Private Collection



Fig. 8
Vincent van Gogh
*The Wheat Fields of Auvers*, 1890
Oil on canvas, 36 x 36 in. (91.4 x 91.4 cm.)
New York Private Collection



Fig. 9
Vincent van Gogh
*The Wheat Fields of Auvers*, 1890
Oil on canvas, 36 x 36 in. (91.4 x 91.4 cm.)
New York Private Collection



Fig. 10
Vincent van Gogh
*The Wheat Fields of Auvers*, 1890
Oil on canvas, 36 x 36 in. (91.4 x 91.4 cm.)
New York Private Collection



Fig. 11
Vincent van Gogh
*The Wheat Fields of Auvers*, 1890
Oil on canvas, 36 x 36 in. (91.4 x 91.4 cm.)
New York Private Collection



Fig. 12
Vincent van Gogh
*The Wheat Fields of Auvers*, 1890
Oil on canvas, 36 x 36 in. (91.4 x 91.4 cm.)
New York Private Collection



Fig. 13
Vincent van Gogh
*The Wheat Fields of Auvers*, 1890
Oil on canvas, 36 x 36 in. (91.4 x 91.4 cm.)
New York Private Collection

**Comparison**



Fig. 14
Vincent van Gogh
*The Wheat Fields of Auvers*, 1890
Oil on canvas, 36 x 36 in. (91.4 x 91.4 cm.)
New York Private Collection



Fig. 15
Vincent van Gogh
*Plain Near Auvers*, 1890
Oil on canvas, 28.9 x 36.2 in. (73.3 x 92 cm.)
Neue Pinakothek, Munich



Fig. 16
Vincent van Gogh
*Wheat Stacks with Reaper*, 1890
Oil on canvas, 29 x 36.6 in. (73.6 x 93 cm.)
The Toledo Museum of Art, Toledo



Fig. 17
Vincent van Gogh
*Wheat Fields at Auvers Under Clouded Sky*, 1890
Oil on canvas, 28.7 x 36.2 in. (73 x 92 cm.)
Carnegie Museum of Art, Pittsburgh



Fig. 18
Vincent van Gogh
*Wheat Field Under Clouded Sky*, 1890
Oil on canvas, 19.7 x 39.6 in. (50 x 100.5 cm.)
Van Gogh Museum, Amsterdam



Vincent van Gogh
*Plain Near Auvers*, 1890
Oil on canvas, 19.9 x 40.5 in. (50.5 x 103 cm.)
Van Gogh Museum, Amsterdam



Fig. 20
Vincent van Gogh
*Wheat Field with Cornflowers*, 1890
Oil on canvas, 23.6 x 31.9 in. (60 x 81 cm.)
Fondation Beyeler, Switzerland



Fig. 21
Vincent van Gogh
*View of Vessenots Near Auvers*, 1890
Oil on canvas, 21.7 x 25.6 in. (55 x 65 cm.)
Museo Thyssen-Bornemisza, Madrid



Fig. 22
Vincent van Gogh
*View of Auvers*, 1890
Oil on canvas, 19.7 x 20.5 in. (50 x 52 cm.)
Van Gogh Museum, Amsterdam



Fig. 23
Vincent van Gogh
*Vineyards with a View of Auvers*, 1890
Oil on canvas, 25.3 x 31.3 in. (64.2 x 79.5 cm.)
The Saint Louis Art Museum, St. Louis



Fig. 24
Vincent van Gogh
*The Plain of Auvers*, 1890
Oil on canvas, 19.6 x 39.7 in. (50 x 101 cm.)
Österreichische Galerie Belvedere, Vienna



Fig. 25
Vincent van Gogh
*Landscape with Carriage and Train*, 1890
Oil on canvas, 28.3 x 35.4 in. (72 x 90 cm.)
Pushkin Museum, Moscow, Russia