# Monique Hageman

| | |
|---|---|
| **Van:** | Research |
| **Verzonden:** | dinsdag 4 mei 2021 09:05 |
| **Aan:** | spivar67@gmail.com; constance.h.schwartz@gmail.com |
| **CC:** | Research |
| **Onderwerp:** | RE: van Gogh discovery |

Dear Mr. Pivar and Ms. Schwartz,

Thank you for your e-mail to Mrs. Gordenker, about a supposedly newly discovered Van Gogh painting. We have never seen it and it is completely unknown in the Van Gogh literature. We therefore advise you to apply officially for an authentication request, a service the Van Gogh Museum provides, if you appreciate to know what our opinion on your painting is.

However, the Van Gogh Museum is closed for the public since 15 December 2020, after new measures of the Dutch government to control the outbreak of Covid 19.
Unfortunately the restrictive measurements taken by the government to control the Covid-19 outbreak do apply to our offices, as well.
Therefore, we are unable to assess your request at this time and it is temporarily not possible to start an application. For the time being, it remains uncertain when the offices will be available for us again.

We advise you to consult the Van Gogh Museum website regularly. Here you can see when it is possible to submit an application again, please see:
https://www.vangoghmuseum.nl/en/about/knowledge-and-research/like-to-know-whether-you-have-a-van-gogh .

On the site you will find all the necessary information. Only applications submitted through the online procedure will be processed by us.

We apologize for the inconvenience.


Best regards,

**Department of Collections and Research**



**Van Gogh Museum**
P.O.Box 75366
1070 AJ Amsterdam
The Netherlands

www.vangoghmuseum.nl
www.facebook.com/vangoghmuseum
www.instagram.com/vangoghmuseum

 Please consider the environment before printing this email



------------------- Oorspronkelijk bericht -------------------
**Van:** Pivar, Stuart <spivar67@gmail.com>;
**Ontvangen:** Thu Apr 29 2021 08:52:53 GMT+0200 (Midden-Europese zomertijd)

1

**Aan:** Van Gogh Museum, Info <info@vangoghmuseum.nl>; Info <info@vangoghmuseum.nl>;
**Onderwerp:** van Gogh discovery

Dear Dr. Gordenker,

I am the owner of the Auvers wheat fields painting recently discovered which was disclosed to you by the Nassau County Museum of Art where it will be presented May 8.

This was a very recent discovery that left little time to show you our conclusions. I can answer any questions that may arise. I hope for your advice.

Best,
Stuart Pivar
15 west 67 St.
212 799 1680