## Monique Hageman

**Van:** Research
**Onderwerp:** RE: van Gogh discovery

---

**Van:** Stuart Pivar <spivar67@gmail.com>
**Verzonden:** dinsdag 4 mei 2021 09:44
**Aan:** Research <Research@vangoghmuseum.nl>
**CC:** Constance Schwartz <constance.h.schwartz@gmail.com>
**Onderwerp:** Re: van Gogh discovery

Dear Van Gogh Research,

We apprised the Van Gogh Museum of the discovery of this picture as the appropriate measure in due course merely for the edification of its existence. We do not seek the opinion of the Museum as to the authenticity of the picture.

We have conducted and published our own investigations on this unique work for art and have found no evidence to contradict its authenticity.

Since the Museum is closed and not functioning, the matter is moot. We are happy to cooperate with the Museum when activities resume for the further study of the picture.

Truly,
Stuart Pivar