# Monique Hageman

**Van:** Research
**Onderwerp:** RE: New discovery???

---

**Van:** Teio Meedendorp
**Verzonden:** woensdag 12 mei 2021 16:30
**Aan:** Howard Shaw <howard@shawfa.com>
**Onderwerp:** RE: New discovery???

Dear Howard,

Good to hear from you and glad you are doing ok. New York is on the rise again, so I hear from different sources, I am glad to say I got my first shot today, the second next month.

As for the painting, we are indeed off line for authenticity cases, but we communicated to the owner that if he wants our opinion, he can apply, but he refrained from doing so, and instead went public with it. Procedure has it that we can only say something about it after it has officially been offered to us by the owner for our opinion. He can still do this if he wishes, perhaps your friend can tell him?

All the best, Teio