# Monique Hageman

**Van:** Research
**Onderwerp:** RE: New discovery???

---

**Van:** Howard Shaw <howard@shawfa.com>
**Verzonden:** woensdag 12 mei 2021 18:08
**Aan:** Teio Meedendorp <T.Meedendorp@vangoghmuseum.nl>
**Onderwerp:** RE: New discovery???

Hi Teio,

Glad you were finally able to get your first shot. Having had covid in Maastricht, I had bad reactions to both Pfizer shots. But my wife had no reaction at all.

Thanks for your reply about the "VG." Given the litigiousness of disappointed owners, the museum policy is very wise.

I will pass along the information.

Be well.

Best,
Howard

Howard Shaw
Howard Shaw Fine Art LLC
New York, NY
Howard@shawfa.com
Mobile: 917-797-1291


Confidentiality Notice: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.