# Monique Hageman

| | |
|---|---|
| **Van:** | Maggie Dubinski <maggie@pivarcollection.com> |
| **Verzonden:** | donderdag 13 mei 2021 19:54 |
| **Aan:** | Research; Van Gogh Museum |
| **CC:** | Stuart Pivar |
| **Onderwerp:** | S.Pivar: Van Gogh–Auvers |
| **Bijlagen:** | Van Gogh_Auvers_SRC_Catalogue Page.4.30.21.pdf |

Dear van Gogh Museum,

Thank you for the opportunity to present *Auvers, 1890* for your viewing. We shall organize immediately to ship the painting to Amsterdam at our expense.

Sincerely,

Stuart Pivar

---

Maggie Dubiński
+1.321.501.6910



VINCENT VAN GOGH
DUTCH, 1853–1890

*Auvers*, 1890

Oil on canvas
36 x 36 in. (91.4 x 91.4 cm.)