# Monique Hageman

| | |
|---|---|
| **Van:** | Maggie Dubinski <maggie@pivarcollection.com> |
| **Verzonden:** | donderdag 13 mei 2021 20:02 |
| **Aan:** | Research; Van Gogh Museum |
| **CC:** | Stuart Pivar |
| **Onderwerp:** | Re: S.Pivar: Van Gogh–Auvers |

Hello again,

We had made the presumption that you wish to inspect *Auvers, 1890*. Please tell us if indeed you wish the painting to be shipped.

Thank you,
Stuart Pivar


On Thu, May 13, 2021 at 1:54 PM Maggie Dubinski <maggie@pivarcollection.com> wrote:
> Dear van Gogh Museum,
>
> Thank you for the opportunity to present *Auvers, 1890* for your viewing. We shall organize immediately to ship the painting to Amsterdam at our expense.
>
> Sincerely,
>
> Stuart Pivar
>
> _____
>
> Maggie Dubiński
> +1.321.501.6910