# Monique Hageman

| | |
|---|---|
| **Van:** | Research |
| **Onderwerp:** | RE: S.Pivar: Van Gogh–Auvers |
| **Bijlagen:** | Van Gogh Museum Agreement.pdf; Van Gogh_Auvers_SRC_Catalogue Page.4.30.21.pdf; Vincent van Gogh Report_w letter_05_03_21.pdf |

**Van:** Maggie Dubinski <maggie@pivarcollection.com>
**Verzonden:** vrijdag 14 mei 2021 21:48
**Aan:** Research <Research@vangoghmuseum.nl>
**Onderwerp:** Re: S.Pivar: Van Gogh–Auvers

Hello,

Thank you for your email and information guides. Herein attached is the signed agreement and a few documents concerning the work in question. We are currently preparing the necessary documents and digital files you requested in your Visual Material Conditions Guide and will be sending those to you as soon as possible. In the meantime, if there is anything else from our side which you require please do not hesitate to contact us. Thank you very much for your time and consideration.

Best regards,

Maggie Dubiński
+1.321.501.6910



**AUTHENTICATION REQUEST**

We can only process this request if you are the owner of the work in question.

Your request is subject to our General Terms and Conditions of the Van Gogh Museum Foundation for purposes of Researching Authenticity (hereinafter referred to as *General Terms and Conditions Researching Authenticity*) and our *Privacy Statement*. These documents are attached with this request.

By signing this doument, you acknowledge that you are familiar with and consent to the *General Terms and Conditions Researching Authenticity* and the processing of your personal details in the manner set out in the *Privacy Statement*.

Name: Stuart Pivar

Address: 15 West 67th Street, Apt.4FW, New York, NY 10023

City: New York

Country: U.S.A.

E-mail address: spivar67@gmail.com or maggie@pivarcollection.com

===================================================================

Type of work (e.g. painting, drawing, print): Painting (oil on canvas)

Title of work: Auvers

Dimensions: 36 x 36 in. (91.4 x 91.4 cm.)

Date of acquisition of the work: 2021

Provenance information:

===================================================================

Place: New York            Date: 05.14.21

Signature: [signed]



VINCENT VAN GOGH
DUTCH, 1853–1890

*Auvers*, 1890

Oil on canvas
36 x 36 in. (91.4 x 91.4 cm.)

Vincent van Gogh, *The Wheat Fields of Auvers*, 1890
Oil on canvas, 36 x 36 in. (91.4 x 91.4 cm.)
New York Private Collection



Fig. 1

Vincent van Gogh, *The Wheat Fields of Auvers*, 1890
Oil on canvas, 36 x 36 in. (91.4 x 91.4 cm.)
Signed on verso, '*Vincent*'
New York Private Collection

*The Wheat Fields of Auvers*, Vincent van Gogh, 1890

This is the discovery of a full-size van Gogh painting, one of only two in the past 100 years. The work depicts a view of a landscape at Auvers-sur-Oise, the town north of Paris where he spent the last two months of his life. The vista shows a railroad line crossing wheat fields.

*The Wheat Fields of Auvers* (Figs. 1-13) is van Gogh's largest and only square painting. This unique format was chosen to represent a panorama of the wheat fields of the region, of which parts are shown in many of his other paintings of the Auvers landscape. The present painting portrays the entire valley of the Oise as a mosaic of wheat fields, bisected by the right of way of a railway and a telegraph line. The center depicts a small railway station with station houses and a rail shunt, the line disappearing into the distant horizon.

The painting is in its original, untouched condition. The support is coarse burlap on the original stretcher. The paint surface is a thick impasto that has an overall broad grid pattern of craquelure consistent with a painting of its age. The verso of the painting bears the artist's signature, *Vincent*, in black pigment. The stretcher and verso include a German tax stamp for passage of goods across borders, used in the 1930s. According to a paper label attached to the stretcher, the painting was in the collection of Jonas Netter before its dispersal.

Wheat fields had always captivated van Gogh and were the subject of many of his works from the late 1880s until his death in 1890 (see Figs. 14-23).



Fig. 2

Vincent van Gogh
*The Wheat Fields of Auvers*, 1890
Oil on canvas, 36 x 36 in. (91.4 x 91.4 cm.)
New York Private Collection



Fig. 3

Vincent van Gogh
*The Wheat Fields of Auvers*, 1890
Oil on canvas, 36 x 36 in. (91.4 x 91.4 cm.)
New York Private Collection



Fig. 4

Vincent van Gogh
*The Wheat Fields of Auvers*, 1890
Oil on canvas, 36 x 36 in. (91.4 x 91.4 cm.)
New York Private Collection



Fig. 5

Vincent van Gogh
*The Wheat Fields of Auvers*, 1890
Oil on canvas, 36 x 36 in. (91.4 x 91.4 cm.)
New York Private Collection



Fig. 6

Vincent van Gogh
*The Wheat Fields of Auvers*, 1890
Oil on canvas, 36 x 36 in. (91.4 x 91.4 cm.)
New York Private Collection



Fig. 7

Vincent van Gogh
*The Wheat Fields of Auvers*, 1890
Oil on canvas, 36 x 36 in. (91.4 x 91.4 cm.)
New York Private Collection



Fig. 8

Vincent van Gogh
*The Wheat Fields of Auvers*, 1890
Oil on canvas, 36 x 36 in. (91.4 x 91.4 cm.)
New York Private Collection



Fig. 9

Vincent van Gogh
*The Wheat Fields of Auvers*, 1890
Oil on canvas, 36 x 36 in. (91.4 x 91.4 cm.)
New York Private Collection



Fig. 10

Vincent van Gogh
*The Wheat Fields of Auvers*, 1890
Oil on canvas, 36 x 36 in. (91.4 x 91.4 cm.)
New York Private Collection



Fig. 11

Vincent van Gogh
*The Wheat Fields of Auvers*, 1890
Oil on canvas, 36 x 36 in. (91.4 x 91.4 cm.)
New York Private Collection



Fig. 12

Vincent van Gogh
*The Wheat Fields of Auvers*, 1890
Oil on canvas, 36 x 36 in. (91.4 x 91.4 cm.)
New York Private Collection



Fig. 13

Vincent van Gogh
*The Wheat Fields of Auvers*, 1890
Oil on canvas, 36 x 36 in. (91.4 x 91.4 cm.)
New York Private Collection



Fig. 14
Vincent van Gogh
*Plain Near Auvers*, 1890
Oil on canvas, 28.9 x 36.2 in. (73.3 x 92 cm.)
Neue Pinakothek, Munich



Fig. 15
Vincent van Gogh
*View of Vessenots Near Auvers*, 1890
Oil on canvas, 21.7 x 25.6 in. (55 x 65 cm.)
Museo Thyssen-Bornemisza, Madrid



Fig. 16
Vincent van Gogh
*Wheat Stacks with Reaper*, 1890
Oil on canvas, 29 x 36.6 in. (73.6 x 93 cm.)
The Toledo Museum of Art, Toledo



Fig. 17
Vincent van Gogh
*Wheat Fields at Auvers Under Clouded Sky*, 1890
Oil on canvas, 28.7 x 36.2 in. (73 x 92 cm.)
Carnegie Museum of Art, Pittsburgh



Fig. 18
Vincent van Gogh
*Wheat Field Under Clouded Sky*, 1890
Oil on canvas, 19.7 x 39.6 in. (50 x 100.5 cm.)
Van Gogh Museum, Amsterdam



Fig. 19
Vincent van Gogh
*Plain Near Auvers*, 1890
Oil on canvas, 19.9 x 40.5 in. (50.5 x 103 cm.)
Van Gogh Museum, Amsterdam



Fig. 20
Vincent van Gogh
*Wheat Field with Cornflowers*, 1890
Oil on canvas, 23.6 x 31.9 in. (60 x 81 cm.)
Fondation Beyeler, Switzerland



Fig. 21
Vincent van Gogh
*Vineyards with a View of Auvers*, 1890
Oil on canvas, 25.3 x 31.3 in. (64.2 x 79.5 cm.)
The Saint Louis Art Museum, St. Louis



Fig. 22
Vincent van Gogh
*View of Auvers*, 1890
Oil on canvas, 19.7 x 20.5 in. (50 x 52 cm.)
Van Gogh Museum, Amsterdam



Fig. 23
Vincent van Gogh
*Landscape with Carriage and Train*, 1890
Oil on canvas, 28.3 x 35.4 in. (72 x 90 cm.)
Pushkin Museum, Moscow, Russia

Dr. Michael P. Mezzatesta
The Mary D.B.T. and James H. Semans Director Emeritus
Duke University Museum of Art
Durham, North Carolina

April 30, 2021

To Whom It May Concern,

I write with regard to a newly re-discovered painting attributed to Vincent van Gogh entitled *The Wheat Fields of Auvers*. I supervised the investigation of this painting.

The picture was called to my attention a month ago following its acquisition. Upon inspection of the high-resolution images I was immediately struck by the draftsmanship, rich impasto and unique color palette which were instantly recognizable as the work of van Gogh. It was, however, the technical aspects of the presentation that are remarkable and in some cases unique.

The picture is in pristine original condition, painted on a coarse burlap canvas consistent with those used by van Gogh late in his career. It is unlined and in its original stretcher to which it is tacked by small 19th c. nails. The reverse of the canvas bears the signature "*Vincent*" in an entirely credible hand and what appears to my eye a date "1890" rendered in the fugitive walnut brown ink typical of many of van Gogh's drawings.

The label on the back of the stretcher was another revelation as it is listed as the property of Jonas Netter, a leading collector in Paris in the early decades of the 20th c. The back of the canvas bears the numbers "2726" (a possible inventory number?) in white chalk. The presence of a so far unidentified wax seal on the stretcher provides a further clue.

An attribution of this magnitude is always a process of discovery. Many scholars and conservators will and must offer their opinions and expertise. The process begins with visual inspection and close examination by qualified professionals in a museum setting.

It is rare for a painting of such age and importance to appear in original condition having somehow evaded conservation, re-lining, cleaning and possibly even framing. The placement of the painting in the oeuvre and its magnificent size and unique form qualify the picture as a highly important work of the artist.

I have included some comparative references from the J.B. de la Faille catalogue one might find compelling:

1. #411 *Wheat Field with the Alpilles Foothills in the Background*, 1888. Has the same deep depth of field that your painting possesses. Similar color palette as well. Line from left to right is triangular, typical of many of his works of this period.



Vincent van Gogh
*Wheat Field with the Alpilles Foothills in the Background*, 1888
Oil on canvas, 21.3 x 25.6 in. (54 x 65 cm.)
Van Gogh Museum, Amsterdam

2. #416 *View of Saintes-Maries*, 1888. This painting - the rows of color violet which represent most likely rows of lavender plants, alongside with rows of green foliage. Note the painterly, loose work, along with the artist's excellent draftsmanship and linework combined.



Vincent van Gogh
*View of Saintes-Maries*, 1888
Oil on canvas, 20.8 x 25.2 in. (53 x 64 cm.)
Kröller-Müller Museum, Otterlo, Netherlands

3. #448 *The Painter on His Way to Work*, 1888. In this painting, what caught my eye is the way the artist has drafted the edge of the wheat field that runs behind the two trees from the left to the right side of the canvas. It is similar to the edge of the wheat field in the present painting (immediately beyond the cluster of houses and barns in the lower left quadrant of work).



Vincent van Gogh
*The Painter on His Way to Work*, 1888
Oil on canvas, 18.8 x 17.3 in. (48 x 44 cm.)
Destroyed by fire in the Second World War;
formerly in the Kaiser-Friedrich-Museum, Magdeburg, Germany

4. #463 *The Night Café in the Place Lamartine in Arles*, 1888. Look at the signature — bottom right — which matches the signature in the present painting quite well.



Vincent van Gogh
*The Night Café in the Place Lamartine in Arles*, 1888
Oil on canvas, 28.5 x 36.3 in. (72.4 x 92.1cm.)
Yale University Art Gallery

5. #475 *The Green Vineyard*, 1888. Note the triangular line that starts to the left of the canvas moving to the right side, becoming thinner, narrowing, as it does in *The Starry Night* as well as the present painting.



Vincent van Gogh
*The Green Vineyard*, 1888
Oil on canvas, 28.9 x 36.4 in. (73.5 x 92.5 cm.)
Kröller-Müller Museum, Otterlo, Netherlands

6. #519 *The Courtyard of the Hospital at Arles*, 1889. The fountain in the courtyard with its number of extending spokes/pathways going out from the fountain remind me of how some of the pathways and roads are featured in the present painting, along with being very loosely painted.



Vincent van Gogh
*The Courtyard of the Hospital at Arles*, 1889
Oil on canvas, 28.7 x 36.2 in. (73.0 x 92.0 cm.)
Oskar Reinhart Collection, Winterthur, Switzerland

7. #781 *Wheat Fields near Auvers*, 1890. Notice the great depth of field and less attention to sky, as with the present painting. The same with #782 *Plain near Auvers*, 1890: note the great depth of field and patchwork of crops in different shades of yellow, green and blue green, similar to the palette of the present painting.

 

| Vincent van Gogh | Vincent van Gogh |
|---|---|
| *Wheat Fields near Auvers*, 1890 | *Plain near Auvers*, 1890 |
| Oil on canvas, 19.7 x 39.8 in. (50 x 101 cm.) | Oil on canvas, 28.9 x 36.2 in. (73.5 x 92 cm.) |
| Österreichische Galerie Belvedere, Vienna | Neue Pinakothek, Munich, Germany |

8. *Laundry on 'La Roubine du Roi' canal* is a drawing on paper (there is a painting #427 in the De La Faille catalogue of this drawing as well). I have brought the drawing to your attention as I feel the drawing is more interesting in its draftsmanship and overall linework than the painting. Again, this work shows the swooping triangulation starting wide at the upper far left edge and moving to a point at the far right.



Vincent van Gogh
*Laundry on 'La Roubine du Roi' canal*, 1888
Pen and reed pen in black ink on wove paper
12.5 x 9.5 in. (31.8 x 24.2 cm.)
Kröller-Müller Museum, Otterlo, Netherlands

Michael P. Mezzatesta, Ph.D.