# Monique Hageman

| | |
|---|---|
| **Van:** | Stuart Pivar <spivar67@gmail.com> |
| **Verzonden:** | donderdag 8 juli 2021 12:23 |
| **Aan:** | Research |
| **Onderwerp:** | Auvers, 1890 |

Dear Researchers,

We are pleased to report to you that we have evidence that *Auvers, 1890* was in the collection of Curt Glaser. This picture was discovered in Northern NY State in the region of Lake Placid where Curt Glaser died. It was found among a
collection that includes Kirchner, Matisse Klimt, Manet, Monet, and Pissarro.

Regards,
Stuart Pivar