## Monique Hageman

**Van:** Research
**Onderwerp:** FW: S.Pivar: Van Gogh–Auvers
**Bijlagen:** Rediscovered Masterpieces Final_07.19.21_resized.pdf

**Van:** Maggie Dubinski <maggie@pivarcollection.com>
**Verzonden:** maandag 19 juli 2021 16:38
**Aan:** Research <Research@vangoghmuseum.nl>
**CC:** Stuart Pivar <spivar67@gmail.com>
**Onderwerp:** Re: S.Pivar: Van Gogh–Auvers

Dear Researcher,

We now report that our previous account of the provenance of Auvers, 1890, was based on misinformation.

What we now can report is this account.

The Auvers, 1890, signed 'Vincent', is part of a collection of fourteen paintings of high importance recently discovered in Northern New York State. It is likely they were exported from Nazi Germany, France, Netherlands, or other Nazi controlled state, as most are stamped verso with the same Nazi governmental export seal. Except for the Van Gogh, each was removed from its frame, taken off its stretcher, re-stretched in a makeshift stretcher, and framed in a makeshift frame, recapitulating the circumstances of its transport. The paintings are in their original condition, uniformly preserving a hundred-year-old surface. The paintings are conserved intact, with no treatment, with or without frames. None of the paintings have been hitherto published.

Thank you very much,

Maggie Dubiński
+1.321.501.6910



Rediscovered masterpieces

## A HOARD OF MODERN MASTERPIECES FOUND WITH A MISSING VAN GOGH

These recently discovered fourteen paintings were exported from Nazi Germany or France.

Except for the Van Gogh, each was removed from its frame, taken off its stretcher, re-stretched in a makeshift stretcher, and framed in a makeshift frame, recapitulating the circumstances of its transport. The paintings are in their original condition, uniformly preserving a hundred-year-old surface. Most are stamped verso with a Nazi governmental export seal. The paintings are conserved intact, with no treatment, with or without frames. None of the paintings have been hitherto published.

The Van Gogh bears a label "Proprietaire Jonas Netter" It is plausible that this group of paintings was part of the Netter collection.

References:

1. https://www.nytimes.com/2021/07/06/arts/design/nazis-art-forced-sales.html
2. https://www.smithsonianmag.com/smart-news/prominent-new-york-city-art-collector-has-uncovered-long-lost-vin-cent-van-gogh-painting-180977797/

1. Claude Monet, *Pond*
2. Claude Monet, *Landscape*
3. Henri Matisse, *Portrait of a Woman*
4. Édouard Manet, *Servante*
5. Emile Claus, *London*
6. Gustav Klimt, *Portrait of a Lady*
7. Edgar Degas, *Danseuses*
8. Camille Pissarro, *La Seine*
9. Ernst Ludwig Kirchner, *Fränzi*
10. Ernst Ludwig Kirchner, *Self-portrait*
11. Paul Cézanne, *Landscape*
12. André Derain, *Harbor Scene*
13. Georges Braque, *Stravinsky*
14. Vincent van Gogh, *Auvers, 1890*



CLAUDE MONET, *Pond*
Oil on panel, 10 1/2 x 18 1/2 in. (26.4 x 46.7 cm.)



CLAUDE MONET, *Landscape*
Oil on canvas, 24 1/2 x 16 1/2 in. (42.1 x 61.9 cm.)



HENRI MATISSE, *Portrait of a Woman*
Oil on canvas, 15 3/4 x 19.5 in. (39.8 x 49.5 cm.)



ÉDOUARD MANET, *Servante*
Oil on panel, 21 1/4 x 11 1/4 in. (53.9 x 28.7 cm.)



EMILE CLAUS, *London*
Oil on panel, 12 x 15 1/2 in. (30.7 x 39.4 cm.)



GUSTAV KLIMT, *Portrait of a Lady*
Oil on board, 13 1/2 x 9 3/4 in. (34.2 x 24.6 cm.)



EDGAR DEGAS, *Danseuses*
Oil on canvas, 15 1/4 x 11 1/2 in. (38.9 x 38.9 cm.)



CAMILLE PISSARRO, *La Seine*
Oil on canvas, 18 3/4 x 14 1/2 in. (47.5 x 36.8 cm.)



ERNST LUDWIG KIRCHNER, *Fränzi*
Oil on board, 13 1/4 x 20 1/4 in. (33.6 x 51.3 cm.)



ERNST LUDWIG KIRCHNER, *Self-portrait*
Oil on board, 12 x 7 3/4 in. (30.2 x 19.8 cm.)



PAUL CEZANNÉ, *Landscape*
Oil on canvas 24 x 19 3/4 in. (61 x 50.2 cm.)

Case 1:21-cv-09362-LLS   Document 11-13   Filed 12/21/21   Page 17 of 19



ANDRÉ DERAIN, *Harbor Scene*
Oil on canvas, 8 3/4 x 13 in. (22.2 x 33 cm.)



GEORGES BRAQUE, *Stravinsky*
Oil on canvas, 17 x 12 in. (43.2 x 30.5 cm.)



VINCENT VAN GOGH, *Auvers, 1890*
Oil on canvas, 36 x 36 in. (91.4 x 91.4 cm.)