## Monique Hageman

**Van:**        Research
**Onderwerp:**    VGM-06907-K7Q1.   Auvers,1890
**Bijlagen:**       Lost Masterpieces.pdf


------------------ Oorspronkelijk bericht ------------------
**Van:** Pivar, Stuart <spivar67@gmail.com>;
**Ontvangen:** Thu Jul 29 2021 12:08:34 GMT+0200 (Midden-Europese zomertijd)
**Aan:** Van Gogh Museum, Info <info@vangoghmuseum.nl>; Info <info@vangoghmuseum.nl>;
**Onderwerp:** VGM-06907-K7Q1. Auvers,1890


Dear Researchers,

I once more entreat you to expedite the review of Auvers,1890, your reference number: VGM-06907-K7Q1.

The painting is part of a collection exported by a Jewish collector under Nazi authority, likely under duress. Attempts to determine the history and identify of heirs are frustrated as scholars await the action of the Van Gogh Museum.

This present process began in April 2021. Please tell us when we may expect the decision of approval or rejection that we may get on with this important project. Please see the attached pdf.


Best regards,
Stuart Pivar
15 West 67 St , Niew Amsterdam





EDGAS DEGAS, *Danseuses*
Oil on canvas, 15.3 x 11.4 in. (38.9 x 38.9 cm.)



GUSTAV KLIMT, *Portrait of a Lady*
Oil on board, 13.5 x 9.7 in. (34.2 x 24.6 cm.)



CLAUDE MONET, *Landscape*
Oil on canvas, 24.4 x 16.6 in. (42.1 x 61.9 cm.)



CLAUDE MONET, *Pond*
Oil on panel, 10.4 x 18.4 in. (26.4 x 46.7 cm.)



ÉDOUARD MANET, *Servante*
Oil on panel, 21.3 x 11.3 in. (53.9 x 28.7 cm.)



HENRI MATISSE, *Portrait of a Woman*
Oil on canvas, 15.7 x 19.5 in. (39.8 x 49.5 cm.)



CAMILLE PISSARRO, *La Seine*
Oil on canvas, 18.7 x 14.5 in. (47.5 x 36.8 cm.)



EMILE CLAUS, *London*
Oil on panel, 12.1 x 15.5 in. (30.7 x 39.4 cm.)



VINCENT VAN GOGH, *Auvers*
Oil on canvas, 36 x 36 in. (91.4 x 91.4 cm.)