## Monique Hageman

**Van:** Stuart Pivar <spivar67@gmail.com>
**Verzonden:** donderdag 19 augustus 2021 16:07
**Aan:** Research
**Onderwerp:** Auvers, 1890

Dear Researchers,

We plan to show the below letter to the press.

Please comment if necessary, or let us know you have none.

Regards,

Stuart

*************************************************************

Dear Researchers,

We are surprised and regretful that the Museum denies the authenticity of Auvers,1890, as not by the hand Vincent Van Gogh.

This letter is an appeal that you renew your investigation in light of evidence which has been recently uncovered.

In your report you doubt the authenticity of the signature, date, and collection label of Auvers,1890. We can confirm this possibility by the recent discovery of thirteen other paintings that, with Auvers,1890 constitute a missing collection of modern masterpieces. These bear the same stamps, seals and stretchers as Auvers,1890, confirming your belief that this is a subterfuge to pass borders. Our researches on Nazi era stamps could find no other reported uses of the same stamp, corroborating your belief that the Nazi stamps are bogus.

The painting should then be judged as unsigned. The conclusions will depend alone on the examination of the 130 year-old presence we inherit, carelessly re-stretched, but in untouched condition, an immersive record of a terrible journey.

We would be pleased to send it to you.

Stuart Pivar