**Monique Hageman**

| | |
|---|---|
| **Van:** | Stuart Pivar <spivar67@gmail.com> |
| **Verzonden:** | zondag 15 augustus 2021 16:24 |
| **Aan:** | Research |
| **Onderwerp:** | Van Gogh Museum ATR-006857 |

Dear Marije Vellekoop,

Consistent with your suggestion that we advise you beforehand of our intention to publicize your report or our answer, I make the suggestion that the Report be withdrawn immediately. We can discuss this off the record. Unless you take in the Painting for a legitimate study my reluctant recourse of legal proceedings could be calamitous.
\*\*\*
My attorneys are drafting a Complaint to be filed in New York State US Supreme Court v. the Van Gogh Museum and the Government of The Netherlands demanding one billion dollars in damages for declaring falsely that the newly-discovered painting Auvers,1890, signed by Vincent Van Gogh is a fake.

The Complaint claims that the Museum undertook the study of the Painting to determine its authenticity but instead delivered a long-delayed, cursory report based on incorrect assertions as facts, frivolous, non-sequitur conclusions, ignoring available evidence.

While the previous director asked for the Painting to be shipped to the museum for study, the succeeding administrators refused to inspect the painting, rendering the report virtually null and void by professional standards.

The report ignores the critical fact that the Painting is part of a collection of fourteen unquestionable masterpieces by other famous artists similarly restretched and stamped. The Researchers did not take in account much other information that exists about the Painting, having made no inquiries whatever.

The Researchers do not suggest what artist at the time other than Van Gogh could or would have manufactured such a unique painting.

The Painting is evaluated at over 300 million dollars. The claim is made for triple damages since the indifference of the Defendants to its obligations under the agreement for its study caused humiliation to the Plaintiff and casts doubt on the integrity of his valuable art collection.
\*\*\*
"In our opinion Auvers is not an authentic painting by Vincent van Gogh. None of the conclusions in the separate headings above point to Van Gogh as the author of Auvers. The provenance does not lead back to the artist, his family, friends or acquaintances; the view has nothing in common with Auvers, nor have we found parallels in style and technique in Van Gogh's oeuvre, or in the canvas that was used, while the signature on the back, in view of the above, cannot be by him."

Please note the similarity with the Le Seuil case:
"the reasons for doubting the authenticity of the drawings and the sketchbook, including the lack of the artist's characteristic style during the period in question; the atypical brown ink that was used; topographical errors in the terrain depicted in some of the drawings; and the shifting story about its provenance and discovery."

Regards,
Stuart Pivar