# Curriculum Vitae
Prof. mr. Cathalijne G. van der Plas

**Professional experience**

| | | |
|---|---|---|
| *2021-present* | - | Professor of Private International Law at the University of Leiden |
| *2020-present* | - | lawyer (in Dutch: "*advocaat*") – Partner at JahaeRaymakers in Amsterdam |
| | | Practice: |
| | | • cross-border issues at the interface of private and public international law |
| | | • cross-border commercial fraud & asset recovery, including international judgment enforcement |
| | | • lawyer's lawyer on complex Private International Law issues in the field of jurisdiction, applicable law, recognition and enforcement |
| *2017-2019* | - | lawyer *(in Dutch: "advocaat")* – counsel at Florent in Amsterdam. Main practice areas: international litigation & arbitration, cross-border commercial fraud & asset recovery, general Private International Law ("PIL") advice to other firms |
| *2005-2017* | - | lawyer (in Dutch: "*advocaat*") – Associate Partner at Höcker Advocaten in Amsterdam. Main practice areas: international litigation & arbitration, cross-border commercial fraud & asset recovery, general Private International Law ("PIL") advice to other firms |
| *2007-2021* | - | lecturer in private international law (in Dutch: "*universitair docent*"), University of Amsterdam. Courses: *Internationaal Privaatrecht* (Private International Law) and EU Private International law |
| *1998-2005* | - | junior lecturer and researcher in private international law (in Dutch: "*assistent in opleiding*"), Radboud University Nijmegen |

**Other**

| | | |
|---|---|---|
| *2021-present* | - | Member of the General Board of the Royal Netherlands Society of International Law |
| *2021-present* | - | Editor of the legal journal *Nederlands Internationaal Privaatrecht* |
| *2020-present* | - | Fellow of The International Academy of Financial Crime Litigators (https://www.financialcrimelitigators.org/), a collaboration between public- and private-sector litigation professionals and the renowned Basel Institute on Governance. Members of The Academy aim to promote worldwide access to solutions in cases of economic crime by sharpening litigation skills and sharing research, experiences and best practices. |
| *2019-present* | - | author SDU Commentaar Internationaal Privaatrecht (article-by-article Commentary on Dutch Private International Law) |

| | | |
|---|---|---|
| *2018-present* | - | *author* Groene Serie Verbintenissenrecht, Rome I-verordening (article-by-article Commentary on the EU Rome I Regulation on the law applicable to contracts) |
| *2018-present* | - | member of the Dutch Association of Civil Procedural Law |
| | - | member of the Dutch Arbitration Association |
| | - | trust counselor of the Team Academy, Entrepreneurial & Innovative University of Applied Sciences |
| *2017-2019* | - | Regional Representative Europe of the IBA Asset Recovery Subcommittee |
| *2015-present* | - | Co-chair of the Asset Recovery Chamber of the Institute for Financial Crime |
| *2013-present* | - | member of the commission Corporate Responsibility & Anti-corruption of the Dutch branch of the ICC |
| *2012-present* | - | member of the IBA Asset Recovery Subcommittee |
| *2010-2019* | - | exclusive Dutch member of ICC's FraudNet, a global network launched by the ICC in 2004 to provide fraud victims with an all-encompassing service to respond to multi-jurisdictional fraud and maximize asset recovery |
| *2010-present* | - | speaker at various seminars within the Netherlands and abroad on the topic of asset discovery & recovery |
| *2008-2017* | - | member of *Studiekring* Prof. Mr. J. Offerhaus (general private law and private international law) and lecture on cross-border discovery requests with regard to banks (November 2013) |
| *2007-present* | - | lecturer at legal training institutes for professionals on various private international law topics |

**Education**

| | | |
|---|---|---|
| *2015-2016* | - | specialist training Company law & Corporate Litigation (in Dutch: "Grotius *Specialisatieopleiding, Vennootschaps- en Ondernemingsrecht"*) |
| | - | Basic teaching qualification (BKO, University of Amsterdam) |
| | - | *Women Leadership Programme 2015*, OSR Juridische opleidingen |
| *2005-2013* | - | continuing vocational training for lawyers (in Dutch: "*Permanente Opleiding Advocaten, Onderhoud Vakbekwaamheid*") |
| *1999-2005* | - | doctorate in Law, Radboud University Nijmegen (subject: **Private International Law - the limits of the judicial function when the court applies foreign private law and foreign public law**) |
| *1999* | - | summer course Private International Law (Hague Academy of International Law) |
| *1997-1998* | - | *Doctoraal II, Nederlands Recht - De Internationaal Europeesrechtelijke Opleiding*, Radboud University Nijmegen (with an emphasis on EU law, public international law and PIL) (cum laude) |

| | | |
|---|---|---|
| *1996-1997* | - | *Maîtrise, Université René Descartes (Paris V)* |
| *1994-1996* | - | *Doctoraal I, Nederlands Recht - De Internationaal Europeesrechtelijke Opleiding,* Radboud University Nijmegen (with an emphasis on EU law and public international law) (cum laude) |
| *1993-1994* | - | *Propedeuse Nederlands Recht,* Radboud University Nijmegen |
| *1987-1993* | - | Atheneum *(*Pax Christi College, Druten*)*: Dutch, English, French, German, History, Economics, Mathematics |

**Mentions**

| | | |
|---|---|---|
| 2021 | - | Legal 500 – Fraud and white collar crime: **Tier 1**<br>https://www.legal500.com/firms/17637-jahaeraymakers/23550-amsterdam-netherlands/#section-109806<br>Testimonial: '*Cathalijne van de Plas is the Dutch top lawyer on private law aspects of debt recovery and fraud, as well as being a key player in the field of civil immunities and mass claims. (…) They both combine a deep understanding of the needs of practice with deep scholarly knowledge of the law – which opens up avenues for creative and convincing lawyering.*' |
| 2019-heden | - | Who's Who Legal: Thought Leaders – GIR: **Thought Leader** -<br>WWL 2021 says: *Cathalijne van der Plas is recognised as "a very thorough and dedicated litigator" who is "highly knowledgeable and an absolute expert in the field".* |
| 2020-heden | - | Who's Who Asset Recovery: **Local Leader**<br>WWL 2020 says: *Cathalijne van der Plas is commended for her top-tier handling of cross-border asset tracing and recovery proceedings*. |
| 2015-2020 | - | Legal 500 – Fraud and white collar crime: **Recommended Lawyer** |
| 2013-2019 | - | Who's Who Legal – Asset Recovery: **Leading Specialist** -<br>WWL 2019 says: *Cathalijne van der Plas is a key figure in the Dutch market thanks to her extensive experience handling cross-border matters and her "perfect combination of theory and practice".* |

**Internships**

| | | |
|---|---|---|
| *1997-1998* | - | law firm Loeff Claeys Verbeke in Paris and Amsterdam (Loeff Student Exchange Program) |
| | - | the Permanent Bureau of the Hague Conference on Private International Law |

**Languages**

| | |
|---|---|
| Dutch | native |
| English | fluent |
| French | good |
| German | good |