UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STUART PIVAR,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE VAN GOGH MUSEUM,<br><br>　　　　Defendant | Civ A No. 1:21-cv-09362-LLS |

## **DECLARATION OF THEODORE J. FOLKMAN**

I, Theodore J. Folkman, make the following declaration:

1.　　I am counsel to the defendant in this action. I was admitted to the bar of Massachusetts in 2001 and have been continually in good standing since that time. I am admitted pro hac vice in this action.

2.　　Attached to this Declaration as Exhibit 1 is a true copy of the Amended Complaint in *Pivar v. Sotheby's, Inc.,* Index No. 158020/2019 ("the *Sotheby's* Case").

3.　　Attached to this Declaration as Exhibit 2 is a true copy of the Decision and Order on Motion dated December 14, 2020 in the *Sotheby's* Case.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 17, 2021.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Theodore J. Folkman*
　　　　　　　　　　　　　　　　　　　　　　　―――――――――――――――――
　　　　　　　　　　　　　　　　　　　　　　　Theodore J. Folkman (pro hac vice)
　　　　　　　　　　　　　　　　　　　　　　　FOLKMAN LLC
　　　　　　　　　　　　　　　　　　　　　　　53 State St., Suite 500
　　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　　　　　　　Tel. (617) 219-9664
　　　　　　　　　　　　　　　　　　　　　　　Fax (857) 336-0206
　　　　　　　　　　　　　　　　　　　　　　　ted@folkman.law

CERTIFICATE OF SERVICE

I certify that on December 21, 2021, I served the foregoing document by first-class mail, postage prepaid, on counsel of record for the plaintiff.

*/s/ Theodore J. Folkman*