SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK: COMMERCIAL DIVISION PART IAS MOTION 3EFM

-----------------------------------------------------------------------------------X

STUART PIVAR,

             Plaintiff,

- v -

SOTHEBY'S, OTTO NAUMANN,

             Defendants.

-----------------------------------------------------------------------------------X

| | |
|---|---|
| INDEX NO. | 158020/2019 |
| MOTION DATE | N/A |
| MOTION SEQ. NO. | 003 |

**DECISION + ORDER ON MOTION**

HON. JOEL M. COHEN:

The following e-filed documents, listed by NYSCEF document number (Motion 003) 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93

were read on this motion to     DISMISS AND CROSS-MOTION FOR LEAVE TO AMEND.

     Upon the foregoing documents and for the reasons stated on the record during a hearing on December 10, 2020 (transcript to be uploaded by Defendant's counsel upon receipt) it is hereby:

     **ORDERED** that Defendants' Motion to Dismiss is **granted** and the Amended Complaint is hereby dismissed; it is further

     **ORDERED** that Plaintiff's Cross-Motion for Leave to File a Second Amended Complaint is **denied**; it is further

     **ORDERED** that Defendants' request for an award of attorneys' fees is **denied**; and it is further

     **ORDERED** that the Clerk is directed to enter judgment in favor of Defendants.

158020/2019   PIVAR, STUART vs. SOTHEBY'S
Motion No.  003

Page 1 of 2

1 of 2

This constitutes the decision and order of the Court.

| | | | | |
|---|---|---|---|---|
| **12/14/2020** | | | | |
| **DATE** | | | **JOEL M. COHEN, J.S.C.** | |
| CHECK ONE: | X  CASE DISPOSED | | ☐  NON-FINAL DISPOSITION | |
| | ☐  GRANTED | X  DENIED | ☐  GRANTED IN PART | ☐  OTHER |
| APPLICATION: | ☐  SETTLE ORDER | | ☐  SUBMIT ORDER | |
| CHECK IF APPROPRIATE: | ☐  INCLUDES TRANSFER/REASSIGN | | ☐  FIDUCIARY APPOINTMENT | ☐  REFERENCE |

158020/2019   PIVAR, STUART vs. SOTHEBY'S                                Page 2 of 2
Motion No.  003

2 of 2