*Law Offices of Mitchell Cantor*

225 Broadway, Suite 1515
New York, New York 10007
Telephone: (917) 621-5802
Email: mc@mcantorlawoffice.com

December 22, 2021

BY CM\ECF

Hon. Louis L. Stanton
U.S. District Court for the Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re: *Pivar v. The Van Gogh Museum*, No. 1:21-cv-09362-LLS

Dear Judge Stanton:

I represent the plaintiff, Stuart Pivar, in the above captioned action. Please accept this letter as plaintiff's opposition to defendant's request for oral argument in connection with its Motion to Dismiss filed on December 21, 2021 (ECR No. 9).

There are no unique or unfamiliar issues raised in defendant's motion and the Court should avail itself of the opportunity to conserve judicial resources by determining this motion on the papers. I have no doubt that counsel can articulate all of the respective legal arguments in papers and that oral argument will only reiterate what has already been stated.

Respectfully submitted,

Mitchell Cantor

cc:   Theodore J. Folkman (by email)
      Ralph M. Stone (by ECF)