UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT: NEW YORK
------------------------------------------------------------------x

STUART PIVAR,

           Plaintiff,

    -against-

THE VAN GOGH MUSEUM,

           Defendant.
------------------------------------------------------------------x

No. 1:21-cv-09362-LLS

Notice of Appearance

      PLEASE TAKE NOTICE that the undersigned counsel, The Law Offices of

Mitchell Cantor, is appearing as counsel on behalf of plaintiff Stuart Pivar

      All papers for Stuart Pivar are to be served on the undersigned, as counsel for

Stuart Pivar.

Dated:  New York, New York
         December 23, 2021

                              Mitchell Cantor
                              The Law Offices of Mitchell Cantor
                              225 Broadway, Suite 1515
                              New York, NY  10007
                              Tel. (917) 621-5802
                              Attorneys for Plaintiff Stuart Pivar

TO:  Theodore J. Folkman, Esq.
      Ralph M. Stone, Esq., of counsel
      Folkman LLC
      53 State Street, Suite 500
      Boston, MA  02109