*Law Offices of Mitchell Cantor*

225 Broadway, Suite 1515
New York, New York 10007
Telephone: (917) 621-5802
Email: mc@mcantorlawoffice.com

January 4, 2022

BY CM\ECF

Hon. Louis L. Stanton
U.S. District Court for the Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re: *Pivar v. The Van Gogh Museum*, No. 1:21-cv-09362-LLS

Dear Judge Stanton:

I represent the plaintiff, Stuart Pivar, in the above captioned action. Please accept this letter as Plaintiff's letter motion for an extension of time in which to file and serve Plaintiff's Opposition to Defendant's Motion to Dismiss initially filed on December 21, 2021 (ECR No. 9).

Defendant served its papers on this office by US mail on Christmas Eve, December 24, 2021. Consequently opposition to Defendant's motion would otherwise be due by Friday, January 7, 2022, which is fourteen days after service of the motion. Defendant has consented to a three week extension of the time to January 28, 2022 in which Plaintiff may file and serve its opposition papers.

It is respectfully requested that the Court grant this adjournment on consent in light of the holiday season during which the motion was first served and in light of the absences in my office caused by the latest round of Covid-19 infections.

Respectfully submitted,

Mitchell Cantor

cc: Theodore J. Folkman (by email)
    Ralph M. Stone (by ECF)