# Law Offices of Mitchell Cantor

225 Broadway, Suite 1515
New York, New York 10007
Telephone: (917) 621-5802
Email: mc@mcantorlawoffice.com

January 28, 2022

BY CM\ECF

Hon. Louis L. Stanton
U.S. District Court for the Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re: *Pivar v. The Van Gogh Museum*, No. 1:21-cv-09362-LLS

Dear Judge Stanton:

    I represent the plaintiff, Stuart Pivar, in the above captioned action. Please accept this letter as Plaintiff's letter motion for a further, brief extension of time to February 2, 2022 in which to file and serve Plaintiff's Opposition to Defendant's Motion to Dismiss initially filed on December 21, 2021 (ECR No. 9). Opposing counsel has consented.

    Defendant served its papers on this office by US mail on Christmas Eve, December 24, 2021. Consequently opposition to Defendant's motion would otherwise be due by Friday, January 7, 2022, which is fourteen days after service of the motion. Defendant consented to a three week extension of the time to January 28, 2022 for Plaintiff to file and serve its opposition papers and Your Honor granted this extension.

    It is respectfully requested that the Court grant a further brief adjournment on consent to February 2, 2022. Plaintiff is 91 years old and has not been able to review and transmit notarized documents in light of the continuing Omicron Covid crises and the frigidly cold weather.

Respectfully submitted,

Mitchell Cantor

cc: Theodore J. Folkman (by email)
     Ralph M. Stone (by ECF)