# Old Vineyard and Landscape Bag, 1890



**SKU:** X7426VG
19.7 x 16.5 inches
polyester
$14.95

Product not available

Old Vineyard with Peasant Woman and Landscape with Houses. This tote bag portraits two of van Gogh's iconic paintings. LOQI teamed up with the highly-acclaimed Van Gogh Museum to bring you the fusion between high art and everyday fashion. Vincent van Gogh, Old Vineyard with Peasant Woman and Landscape with Houses, 1890 ® Van Gogh Museum © VGME B.V.

Consuming colors. Sumptuous swirls. Painfully painterly. Dutch artist Vincent van Gogh is one of the world's most well-known artists. He only painted for about 10 years, yet he produced more than 2000 works—all in his unmistakable, signature style. His artwork continues to capture hearts and imaginations around the world.

The Morgan requires proof of vaccination for visitors. Learn more and plan your visit.

themorgan.org

Visit ▾   Exhibitions ▾   Programs ▾   Collection ▾   Research ▾   About ▾

# Self Portrait with Straw Hat Bag, 1887



**SKU:** X7426VGSP
19.7 x 16.5 inches
polyester
$14.95

Product not available

Like 0   Tweet   Save   Share

Fusion of emotions, imagination and rhythm. An intimate look into the marvellous mind with the Self Portrait with Straw Hat tote bag. We teamed up with the highly-acclaimed Van Gogh Museum to bring you the fusion between high art and everyday fashion. Vinvent van Gogh, Self-Portrait with Straw Hat, 1887 ® Van Gogh Museum © VGME B.V.

Consuming colours. Sumptuous swirls. Painfully painterly. Dutch artist Vincent van Gogh is one of the world's most well-known artists. He only painted for about 10 years, yet he produced more than 2000 works—all in his unmistakable, signature style. His artwork continues to capture hearts and imaginations around the world.

## Shopping cart

Your shopping cart is empty

### Featured products



# Van Gogh The Bedroom Mini Metal Tray



**SKU:** x5455-7
5.5 x 8.25 inches
Mini metal tray with handles
$9.95

Product not available

Tray is decorated with a reproduction of Van Gogh's *The Bedroom*.